IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No.   97-253-1 |
| AARON OLIVER | : | |

### ORDER

AND NOW, this **23rd** day of **July, 2015**, upon consideration of the Defendant's Motion for a Reduction of Sentence pursuant to 18 U.S.C. §3582 (c)(2) and Amendment 782 to the Sentencing Guidelines (DOCUMENT 130), and after oral argument and Supplemental Memorandum filed by counsel, it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**